UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LILLIE BRANTLEY, by her guardian ad litem Chauncey McLorin; GILDA GARCIA; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID MAXWELL-JOLLY, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Defendants. | Case No: C 09-3798 SBA<br><br>**ORDER DENYING REQUESTS TO SEAL DOCUMENTS**<br><br>Docket 31, 43 |

The parties have submitted a request to file the declaration of Rosemary Lamb under seal (Docket 31) and a request to file Plaintiffs' objections to the declaration of Rosemary Lamb under seal (Docket 43). The basis for these requests is that the declaration of Ms. Lamb, which was filed in support of Defendants' opposition to Plaintiffs' motion for preliminary injunction, contains private medical information regarding the Plaintiffs. However, upon review of the record, the information disclosed in Ms. Lamb's declaration also is contained in the declarations submitted by Plaintiffs in support of their motion. None of Plaintiffs' declarations were filed under seal. As such, there is no reason for sealing Ms. Lamb's declaration or Plaintiffs' objections. Accordingly,

1  IT IS HEREBY ORDERED THAT the request to file the declaration of Rosemary
2 Lamb under seal (Docket 31) and a request to file Plaintiffs' objections to the declaration of
3 Rosemary Lamb under seal (Docket 43) are DENIED.  If the parties desires these
4 documents to be part of the record, they shall e-file them forthwith.
5  IT IS SO ORDERED.

7 Dated: September 9, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge