EDMUND G. BROWN JR.
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
State Bar No. 135875
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5580
 Fax:  (415) 703-5480
 E-mail:  susan.carson@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LILLIE BRANTLEY, by her guardian ad litem Chauncey McLorin; GILDA GARCIA;  ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID MAXWELL-JOLLY, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>Defendants. | C09-03798 SBA<br><br>**STIPULATION REGARDING MODIFICATION TO THE PRELIMINARY INJUNCTION**<br><br>Judge:   The Honorable Saundra Brown Armstrong<br><br>Action Filed:  August 18, 2009 |

Pursuant to Local Rule 7-12, Plaintiffs Lillie Brantley et al. and Defendants David Maxwell-Jolly and Department of Health Care Services hereby stipulate to modify the preliminary injunction entered by this Court on September 10, 2009 as follows:

At page 23, line 14, the citation to Welfare and Institutions Code section 14132(p) should be modified to "**Welfare and Institutions Code section 14132(p)(2)**" which states: "Commencing 30 days after the effective date of the act that added this paragraph, and notwithstanding the number of days previously approved through a treatment authorization request, adult day health care is covered for a maximum of three days per week."

Dated:  November 5, 2009                Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General


*/s/ Susan M. Carson*
SUSAN M. CARSON
Supervising Deputy Attorney General
*Attorneys for Defendants*


DISABILITY RIGHTS CALIFORNIA

*/s/ Elissa Gershon*
ELISSA GERSHON
ELIZABETH ZIRKER
*Attorneys for Plaintiffs*


IT IS SO ORDERED.

DATED: 11/6/09                               _____
                                             UNITED STATES DISTRICT COURT JUDGE

SF2009404616

1  **GENERAL ORDER 45 ATTESTATION**

I, Susan M. Carson, am the ECF user whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that plaintiffs' counsel has concurred in the filing of this document with their electronic signatures.

Dated: November 5, 2009

/s/ *Susan M. Carson*
Susan M. Carson