1 | Elizabeth Zirker, State Bar No. 233487
elizabeth.zirker@disabilityrightsca.org
2 | Jay B. Koslofsky, State Bar No. 97024
jay.koslofsky@disabilityrightsca.org
3 | Kim Swain, State Bar No. 100340
kim.swain@disabilityrightsca.org
4 | Elissa Gershon, State Bar No. 169741
elissa.gershon@disabilityrightsca.org
5 | Daniel Brzovic, State Bar No. 89493
Dan.brzovic@disabilityrightsca.org
6 | Dara Schur, State Bar No. 98638
Dara.schur@disabilityrightsca.org
7 | DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
8 | Oakland, CA  94612
Telephone:  (510) 267-1200
9 | Facsimile:   (510) 267-1201

10 | Attorneys for Plaintiffs

11 | [Complete list of counsel on following pages]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LILLIE BRANTLEY, by her guardian ad litem Chauncey McLorin; GILDA GARCIA; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.: C09-03798 SBA**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT** |
| Plaintiffs, | | |
| vs. | | |
| DAVID MAXWELL-JOLLY, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES, | | |
| Defendants. | | |

---

*BRANTLEY, ET AL. V. MAXWELL-JOLLY*, C-09-03798 SBA; STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT

Anna Rich, State Bar No. 230195
arich@nsclc.org
Kevin Prindiville, State Bar No. 235835
kprindiville@nsclc.org
NATIONAL SENIOR CITIZENS LAW CENTER
1330 Broadway, Suite 525
Oakland, CA 94612
Telephone:  (510) 663-1055
Facsimile:   (510) 663-1051

Eric Carlson, State Bar No. 141538
ecarlson@nsclc.org
NATIONAL SENIOR CITIZENS LAW CENTER
3435 Wilshire Boulevard, Ste 2860
Los Angeles, CA 90010-1938
Telephone: 213-674-2813
Facsimile:   213-639-0934

Barbara Jones, State Bar No. 88448
bjones@aarp.org
AARP FOUNDATION LITIGATION
200 So. Los Robles, Suite 400
Pasadena, CA 91101
Telephone:  (626) 585-2628
Facsimile:   (626) 583-8538

Kenneth W. Zeller, *Pro Hac Vice*
kzeller@aarp.org
AARP FOUNDATION LITIGATION
601 E Street NW
Washington D.C. 20049
Telephone:  (202) 434-2060
Facsimile:   (202) 434-6424

Sarah Somers, State Bar No. 170118
somers@healthlaw.org
Martha Jane Perkins, State Bar No. 104784
perkins@healthlaw.org
NATIONAL HEALTH LAW PROGRAM
211 N. Columbia Street
Chapel Hill, NC 27514
Telephone:  (919) 968 - 6308
Facsimile:   (919) 968-8855

*Attorneys for Defendants*
Edmund G. Brown, Jr.
Attorney General of California
Susan M. Carson, State Bar No. 135875
susan.carson@doj.ca.gov
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone:      (415) 703-5580
Facsimile:       (415) 703-5480

1

*BRANTLEY, ET AL. V. MAXWELL-JOLLY,* C-09-03798 SBA; STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate that Plaintiffs may file a First Amended Complaint. By stipulating, Defendants do not concede the veracity or accuracy of any of the amendments. Defendants' time to respond to the First Amended Complaint shall be in accordance with Federal Rule of Civil Procedure 15(a)(3).

Dated:  December 18, 2009            Respectfully Submitted,

                                                   DISABILITY RIGHTS CALIFORNIA
                                                 AARP FOUNDATION LITIGATION
                                                 NATIONAL SENIOR CITIZENS LAW CENTER
                                                 NATIONAL HEALTH LAW PROGRAM

                                      By:   /s/
                                               Elissa Gershon

                                               *Attorneys for Plaintiffs*

                                               EDMUND G. BROWN JR.
                                               Attorney General of California
                                               SUSAN M. CARSON
                                               Supervising Deputy Attorney General

Dated:  December 18, 2009          By:   /s/
                                               Susan M. Carson

                                               *Attorneys for Defendants*

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated:  December 18, 2009          By:   /s/
                                               Elissa Gershon

PURSUANT TO STIPULATION, leave to amend the Complaint filed in this action on August 18, 2009 is hereby GRANTED.

Dated:  12/30/09                   By:   *[signature]*
                                               Honorable Saundra B. Armstrong