1  Elissa Gershon, State Bar No. 169741
   elissa.gershon@disabilityrightsca.org
2  Elizabeth Zirker, State Bar No. 233487
   elizabeth.zirker@disabilityrightsca.org
3  Kim Swain, State Bar No. 100340
   kim.swain@disabilityrightsca.org
4  Daniel Brzovic, State Bar No. 89493
   Dan.brzovic@disabilityrightsca.org
5  Dara Schur, State Bar No. 98638
   Dara.schur@disabilityrightsca.org
6  Jay B. Koslofsky, State Bar No. 97024
   jay.koslofsky@disabilityrightsca.org
7  DISABILITY RIGHTS CALIFORNIA
   1330 Broadway, Suite 500
8  Oakland, CA  94612
   Telephone:  (510) 267-1200
9  Facsimile:   (510) 267-1201

10  Attorneys for Plaintiffs

11  [Complete list of counsel on following pages]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIE BRANTLEY, by her guardian ad litem Chauncey McLorin; GILDA GARCIA; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; HARRY COTA; SUMI KONRAI by her guardian ad litem Casey Konrai; RONALD BELL by his guardian ad litem Rozene Dilworth, individually and on behalf of all others similarly situated,

            Plaintiffs,

    vs.

DAVID MAXWELL-JOLLY, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,

            Defendants.

**Case No.: C09-03798 SBA**

CLASS ACTION

**STIPULATION AND  SCHEDULING ORDER FOR MOTION FOR PRELIMINARY INJUNCTION**

i

| | |
|---|---|
| 1 | Anna Rich, State Bar No. 230195 |
|   | arich@nsclc.org |
| 2 | Kevin Prindiville, State Bar No. 235835 |
|   | kprindiville@nsclc.org |
| 3 | NATIONAL SENIOR CITIZENS LAW CENTER |
|   | 1330 Broadway, Suite 525 |
| 4 | Oakland, CA 94612 |
|   | Telephone:  (510) 663-1055 |
| 5 | Facsimile:   (510) 663-1051 |
| 6 | Eric Carlson, State Bar No. 141538 |
|   | ecarlson@nsclc.org |
| 7 | NATIONAL SENIOR CITIZENS LAW CENTER |
|   | 3435 Wilshire Boulevard, Ste 2860 |
| 8 | Los Angeles, CA 90010-1938 |
|   | Telephone:  213-674-2813 |
| 9 | Facsimile:   213-639-0934 |
| 10 | Barbara Jones, State Bar No. 88448 |
|   | bjones@aarp.org |
| 11 | AARP FOUNDATION LITIGATION |
|   | 200 So. Los Robles, Suite 400 |
| 12 | Pasadena, CA 91101 |
|   | Telephone:  (626) 585-2628 |
| 13 | Facsimile:   (626) 583-8538 |
| 14 | Kenneth W. Zeller, *Pro Hac Vice* |
|   | kzeller@aarp.org |
| 15 | Kelly Bagby, *Pro Hac Vice Pending* |
|   | Kbagby@aarp.org |
| 16 | AARP FOUNDATION LITIGATION |
|   | 601 E Street NW |
| 17 | Washington D.C. 20049 |
|   | Telephone:  (202) 434-2060 |
| 18 | Facsimile:   (202) 434-6424 |
| 19 | Sarah Somers, State Bar No. 170118 |
|   | somers@healthlaw.org |
| 20 | Martha Jane Perkins, State Bar No. 104784 |
|   | perkins@healthlaw.org |
| 21 | NATIONAL HEALTH LAW PROGRAM |
|   | 211 N. Columbia Street |
| 22 | Chapel Hill, NC 27514 |
|   | Telephone:  (919) 968 - 6308 |
| 23 | Facsimile:   (919) 968-8855 |
| 24 | *Attorneys for Defendants* |
|   | Edmund G. Brown, Jr. |
| 25 | Attorney General of California |
|   | Susan M. Carson, State Bar No. 135875 |
| 26 | susan.carson@doj.ca.gov |
|   | Supervising Deputy Attorney General |
| 27 | 455 Golden Gate Avenue, Suite 11000 |
|   | San Francisco, CA 94102-7004 |
| 28 | |

ii

*BRANTLEY, ET AL. V. MAXWELL-JOLLY,* C-09-03798 SBA; STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR MOTION FOR PRELIMINARY INJUNCTION

1 | Telephone: (415) 703-5580
  | Facsimile: (415) 703-5480
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

iii

*BRANTLEY, ET AL. V. MAXWELL-JOLLY,* C-09-03798 SBA; STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR MOTION FOR PRELIMINARY INJUNCTION

1  WHEREAS, the parties in this action have met and conferred; and

2  WHEREAS, Plaintiffs intend to move to preliminarily enjoin State action implementing new eligibility criteria for Adult Day Health Care which will terminate ADHC benefits to affected participants; and

WHEREAS, the State anticipates implementation of these new criteria to occur on March 1, 2010; and

WHEREAS, the Court currently does not have available hearing dates prior to March 1, 2010; and

WHEREAS, Defendants need to notify Adult Day Health Care providers of any Court action no later than February 26, 2010; and

WHEREAS, the parties have agreed to a briefing schedule and hearing date that will accommodate these scheduling concerns and permit the Court to rule prior to February 26, 2010;

THE PARTIES HEREBY STIPULATE to request that the Court enter the following briefing schedule and hearing date:

1) Plaintiffs' moving papers and evidence in support thereof to be filed no later than January 19, 2010;

2) Defendants' Opposition and evidence in support thereof to be filed no later than February 2, 2010;

3) Plaintiffs' Reply and evidence in support thereof to be filed no later than February 9, 2010;

4) The Court to hear the motion on February 23, 2010.

Dated:                                         Respectfully Submitted,

DISABILITY RIGHTS CALIFORNIA
AARP FOUNDATION LITIGATION
NATIONAL SENIOR CITIZENS LAW CENTER
NATIONAL HEALTH LAW PROGRAM

By:   /s/
      Elissa Gershon

      *Attorneys for Plaintiffs*

iv

*BRANTLEY, ET AL. V. MAXWELL-JOLLY,* C-09-03798 SBA; STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR MOTION FOR PRELIMINARY INJUNCTION

EDMUND G. BROWN JR.
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General

Dated:                By:   /s/
                            Susan M. Carson

*Attorneys for Defendants*

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated:                By:   /s/
                            Elissa Gershon

PURSUANT TO STIPULATION, the Court hereby enters the following scheduling order for preliminary injunction:

1) Plaintiffs' moving papers and evidence in support thereof to be filed no later than January 19, 2010;

2) Defendants' Opposition and evidence in support thereof to be filed no later than February 2, 2010;

3) Plaintiffs' Reply and evidence in support thereof to be filed no later than February 9, 2010;

4) The Court to hear the motion on February 23, 2010 at 1:00 pm in Courtroom 1, Fourth Floor.

IT IS SO ORDERED.

Dated: 1/11/10        By:   [signature]
                            Honorable Saundra B. Armstrong

v

*BRANTLEY, ET AL. V. MAXWELL-JOLLY,* C-09-03798 SBA; STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR MOTION FOR PRELIMINARY INJUNCTION