EDMUND G. BROWN JR.
Attorney General of California
SUSAN M. CARSON
State Bar No. 135875
Supervising Deputy Attorneys General
JENNIFER A. BUNSHOFT
State Bar No. 197306
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5580
 Fax:  (415) 703-5480
 E-mail:  susan.carson@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LILLIE BRANTLEY, by her guardian ad litem Chauncey McLorin; GILDA GARCIA;  ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; HARRY COTA; SUMI KONRAI by her guardian ad litem Casey Konrai; RONALD BELL by his guardian ad litem Rozene Dilworth, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID MAXWELL-JOLLY, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>Defendants. | C09-03798 SBA<br><br>**STIPULATION FOR ORDER CONTINUING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION; AND  ORDER THEREON**<br><br>Date:  March 16, 2010<br>Time:  1:00 p.m.<br>Courtroom:  3<br>Judge  The Honorable Saundra Brown Armstrong<br>Trial Date   September 19, 2011<br>Action Filed:  August 18, 2009 |

Subject to the approval of this Court, and pursuant to Local Rule 6-2, the parties hereby stipulate as follows:

WHEREAS the parties in this action have met and conferred; and

1

1  WHEREAS Plaintiffs' Motion for Class Certification currently is set for hearing on March 16, 2010, with Defendants' opposition due on February 23, 2010, and Plaintiffs' reply due on March 2, 2010; and

WHEREAS Plaintiffs' Motion for Preliminary Injunction currently is set for hearing on February 23, 2010, the same date that Defendants' opposition to the Motion for Class Certification is due; and

WHEREAS the Court's ruling on the motion for preliminary injunction will impact the motion for class certification, the parties' analysis of whether the requirements for class certification under Federal Rule of Civil Procedure 23 have been met, and whether any subclass is necessary in the event a class is certified; and

WHEREAS, the parties have agreed to a new briefing schedule and hearing date that will permit the parties and the Court to address the issue of class certification after the Court has ruled on the preliminary injunction motion, which will further the interests of efficiency and judicial economy; and

WHEREAS the only prior continuance of deadlines in this case was the one-day continuance of the hearing on Plaintiffs' first motion for preliminary injunction pursuant to court order, and the requested continuance of the hearing on the motion for class certification by approximately one month-and-a-half will not impact the schedule or trial of this case.

THE PARTIES HEREBY STIPULATE to request that the Court enter the following briefing schedule and hearing date:

1) Defendants' opposition to Plaintiffs' Motion for Class Certification shall be filed on or before March 23, 2010;

2) Plaintiffs' reply shall be filed on or before April 13, 2010;

3) The Court will hear the motion on April 27, 2010.

///
///
///
///

2

1   It is so stipulated.

2   Dated: February 12, 2010                     EDMUND G. BROWN JR.
                                                 Attorney General of California
3

4

5                                                /s/ *Susan M. Carson*
                                                 SUSAN M. CARSON
                                                 Supervising Deputy Attorney General
6                                                *Attorneys for Defendants*

7

8                                                /s/ *Elissa Gershon*
                                                 DISABILITY RIGHTS CALIFORNIA
9                                                By: Elissa Gershon
                                                 *Attorneys for Plaintiffs*
10

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: February 12, 2010

                                      /s/ *Susan M. Carson*
                                      SUSAN M. CARSON
                                      Supervising Deputy Attorney General
                                      *Attorneys for Defendant*

PURSUANT TO STIPULATION, and good cause having been shown, the Court hereby orders the following briefing schedule and hearing date for Plaintiffs' Motion for Class Certification:

1)     Defendants' opposition to Plaintiffs' Motion for Class Certification shall be filed on or before March 23, 2010;

2)     Plaintiffs' reply shall be filed on or before April 13, 2010;

3)     The Court will hear the motion on April 27, 2010 at 1:00 p.m.

IT IS SO ORDERED.

Dated: February 16, 2010

                                      The Hon. Saundra Brown Armstrong
                                      United States District Court

SF2009404616
40432509.doc