| | |
|---|---|
| 1 | Elissa Gershon, State Bar No. 169741 |
|  | elissa.gershon@disabilityrightsca.org |
| 2 | Elizabeth Zirker, State Bar No. 233487 |
|  | elizabeth.zirker@disabilityrightsca.org |
| 3 | Jay B. Koslofsky, State Bar No. 97024 |
|  | jay.koslofsky@disabilityrightsca.org |
| 4 | Kim Swain, State Bar No. 100340 |
|  | kim.swain@disabilityrightsca.org |
| 5 | Daniel Brzovic, State Bar No. 89493 |
|  | dan.brzovic@disabilityrightsca.org |
| 6 | Dara Schur, State Bar No. 98638 |
|  | dara.schur@disabilityrightsca.org |
| 7 | DISABILITY RIGHTS CALIFORNIA |
|  | 1330 Broadway, Suite 500 |
| 8 | Oakland, CA  94612 |
|  | Telephone:  (510) 267-1200 |
| 9 | Facsimile:  (510) 267-1201 |
| 10 | Attorneys for Plaintiffs |
| 11 | [Complete list of counsel on following pages] |

FILED

2010 FEB 24  AM 8: 29

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LILLIE BRANTLEY, by her guardian ad litem Chauncey McLorin; GILDA GARCIA; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; HARRY COTA; SUMI KONRAI by her guardian ad litem Casey Konrai; RONALD BELL by his guardian ad litem Rozene Dilworth, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br> vs. <br><br> DAVID MAXWELL-JOLLY, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES, <br><br>  Defendants. | Case No.:  C09-03798 SBA <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO SUBSTITUTE LEAD PLAINTIFF** |

---

*BRANTLEY, ET AL. V. MAXWELL-JOLLY, ET AL.*, C09-03798 SBA, STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE LEAD PLAINTIFF

| | |
|---|---|
| 1  Anna Rich, State Bar No. 230195 | Henry Su, State Bar No. 211202 |
|    arich@nsclc.org | SuH@howrey.com |
| 2  Kevin Prindiville, State Bar No. 235835 | Lindsay White, State Bar No. 261610 |
|    kprindiville@nsclc.org | WhiteL@howrey.com |
| 3  NATIONAL SENIOR CITIZENS LAW CENTER | HOWREY LLP |
|    1330 Broadway, Suite 525 | 1950 University Avenue, 4th Floor |
| 4  Oakland, CA  94612 | East Palo Alto, CA  94303 |
|    Telephone:  (510) 663-1055 | Telephone:  (650) 798-3500 |
| 5  Facsimile:   (510) 663-1051 | Facsimile:   (650) 798-3600 |

1  Anna Rich, State Bar No. 230195
    arich@nsclc.org
2  Kevin Prindiville, State Bar No. 235835
    kprindiville@nsclc.org
3  NATIONAL SENIOR CITIZENS LAW CENTER
    1330 Broadway, Suite 525
4  Oakland, CA  94612
    Telephone:  (510) 663-1055
5  Facsimile:   (510) 663-1051

6  Eric Carlson, State Bar No. 141538
    ecarlson@nsclc.org
7  NATIONAL SENIOR CITIZENS LAW CENTER
    3435 Wilshire Boulevard, Suite 2860
8  Los Angeles, CA  90010
    Telephone:  (213) 674-2813
9  Facsimile:   (213) 639-0934

10  Barbara Jones, State Bar No. 88448
    bjones@aarp.org
11  AARP FOUNDATION LITIGATION
    200 South Los Robles, Suite 400
12  Pasadena, CA  91101
    Telephone:  (626) 585-2628
13  Facsimile:   (626) 583-8538

14  Kenneth W. Zeller, *Pro Hac Vice*
    kzeller@aarp.org
15  Kelly Bagby, *Pro Hac Vice Pending*
    kbagby@aarp.org
16  AARP FOUNDATION LITIGATION
    601 E Street NW
17  Washington D.C.  20049
    Telephone:  (202) 434-2060
18  Facsimile:   (202) 434-6424

19

20  Sarah Somers, State Bar No. 170118
    somers@healthlaw.org
21  Martha Jane Perkins, State Bar No. 104784
    perkins@healthlaw.org
    NATIONAL HEALTH LAW PROGRAM
22  211 North Columbia Street
    Chapel Hill, NC  27514
23  Telephone:  (919) 968-6308
    Facsimile:   (919) 968-8855

Farah Anthony, State Bar No. 252029
    AnthonyF@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
Telephone:  (415) 848-4900
Facsimile:   (415) 848-4999

---

*BRANTLEY, ET AL. V. MAXWELL-JOLLY, ET AL.,* C09-03798 SBA, STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE LEAD PLAINTIFF

1  Subject to the approval of this Court, the parties hereby stipulate as follows:

2  WHEREAS, Lead Plaintiff Lillie Brantley died on February 9, 2010, and Plaintiffs have filed
3  a Suggestion of Death upon the record on February 18, 2010 pursuant to Federal Rule of Civil
4  Procedure 25(a)(2), and,

5  WHEREAS, Plaintiff Harry Cota is a named plaintiff in this action,

6  THEREFORE, the Parties hereby stipulate to request pursuant to Federal Rule of Civil
7  Procedure 25(a)(1), that the Court substitute Harry Cota for Lillie Brantley as Lead Plaintiff.

8

9  Dated: February 19, 2010                    Respectfully submitted,

10                                             DISABILITY RIGHTS CALIFORNIA
                                               NATIONAL SENIOR CITIZENS LAW CENTER
11                                             AARP FOUNDATION LITIGATION
                                               NATIONAL HEALTH LAW PROGRAM
12                                             HOWREY LLP

13
                                               _____/s/_____
14                                             ELIZABETH ZIRKER
                                               Attorneys for Plaintiffs
15

16
                                               EDMUND G. BROWN JR.
17                                             Attorney General of California

18
                                               _____/s/_____
19                                             SUSAN M. CARSON
                                               Supervising Deputy Attorney General
20                                             Attorneys for Defendants

21  PURSUANT TO STIPULATION IT IS HEREBY ORDERED that Harry Cota will be substituted as
22  Lead Plaintiff and that the case name of this action will become *Harry Cota, et al. v. Maxwell-Jolly*,
23  C09-03798 SBA.

24
25  Dated: 2-22-10          By: [signature]
                            SAUNDRA BROWN ARMSTRONG
26                          JUDGE OF THE UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA
27
28

---

*BRANTLEY, ET AL. V. MAXWELL-JOLLY, ET AL.*, C09-03798 SBA, STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE LEAD PLAINTIFF