UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARRY COTA; GILDA GARCIA; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; HARRY COTA; SUMI KONRAI by her guardian ad litem Casey Konrai; RONALD BELL by his guardian ad litem Rozene Dilworth, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID MAXWELL-JOLLY, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Defendants. | Case No: C 09-3798 SBA<br><br>**ORDER HOLDING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION IN ABEYANCE**<br><br>Docket 174 |

Good cause appearing,

IT IS HEREBY ORDERED THAT the briefing schedule applicable to Plaintiffs' Motion for Class Certification (Docket 164) temporarily shall be held in ABEYANCE pending the Court's further consideration of Defendants' administrative motion to schedule a Case Management Conference (Docket 174).

IT IS SO ORDERED.

Dated: March 22, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge