1  KAMALA D. HARRIS
   Attorney General of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  JOSHUA N. SONDHEIMER
   Deputy Attorney General
4  State Bar No. 152000
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5615
6   Fax:  (415) 703-5480
    E-mail:  Joshua.Sondheimer@doj.ca.gov
7  *Attorneys for Defendants Toby Douglas and the
   California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ESTHER DARLING; RONALD BELL by his guardian ad litem Rozene Dilworth, GILDA GARCIA; WENDY HELFRICH by her guardian ad litem DENNIS ARNETT; JESSIE JONES; RAIF NASYROV by his guardian ad litem Sofiya Nasyrov; ALLIE JO WOODARD, by her guardian ad litem Linda Laspard-Berry; individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>Defendants. | C09-03798 SBA<br><br>**STIPULATION AND ORDER SHORTENING TIME FOR MOTION TO STAY; DECLARATION OF JOSHUA SONDHEIMER** |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR MOTION TO STAY (C09-03798 SBA)

This Stipulation is based on the following facts and circumstances, as set forth also in the accompanying declaration of Joshua Sondheimer:

1. On April 21, 2011, the parties stipulated to a partial lift of the stay of this action to allow plaintiffs to file a Motion for Leave to Supplement the First Amended Complaint, and if such Motion was granted, to file a Motion for Preliminary Injunction against implementation of AB 97, which eliminates Adult Day Health Care (ADHC) as a Medi-Cal optional benefit on the first day of the first calendar month following 60 days after the receipt of federal approval. Cal. Welf. & Inst. § 14589(d). (Docket No. 204).

2. The Court granted Plaintiffs' Motion for Leave to Supplement the First Amended Complaint on June 2, 2011. (Docket No. 217). Plaintiffs' Second Amended Complaint was filed on June 2, 2011. (Docket No. 218).

3. The Department of Health Care Services (DHCS) has requested that federal approval be awarded in time to allow implementation by September 1, 2011. Under AB 97, the discontinuation of the Medi-Cal ADHC benefit cannot, at present, occur before September 1, 2011.

4. Defendants intend to file a petition for writ of mandate to the Ninth Circuit for review of the Court's determination that it had jurisdiction to consider plaintiffs' motion for leave to supplement their complaint and their supplemental allegations. Defendants intend to move for a stay of this proceeding pending the Ninth Circuit's review of defendants' writ petition, or in the alternative, pending the Ninth Circuit's review of a motion to stay.

5. The parties have agreed on a briefing schedule for defendants' motion to stay, pending the Court's approval, as follows: Motion to be served and filed on June 8, 2011; Opposition to be filed June 14, 2011. Defendants waive their right to file a reply, and the parties agree that the matter may be considered without oral argument.

6. Defendants request that the Court rule on the motion within two days following the filing of an Opposition, by June 16, 2011, or at any time in advance of June 16 if the Court determines based on the motion that the motion should be denied. Plaintiffs do not oppose defendants' request.

In accordance with the above, the parties, by and through their respective counsel, hereby STIPULATE as follows:

7. Pursuant to Civil Local Rules 6-1, 6-2, and 7-2, Defendants' motion to stay may be filed on June 8, 2011, and shall be considered in accordance with the following briefing schedule and terms: an opposition brief shall be filed and served by June 14, 2011. Defendants waive their right to file a reply, and the Court may decide the motion without a hearing. Defendants request that a ruling be issued by June 16, 2011, or at any time in advance of June 16 if the Court determines based on the motion that the motion should be denied. Plaintiffs do not oppose this request.

8. This stipulation shall not be construed as an acknowledgment or concession by plaintiffs that the filing of a motion for a stay is appropriate, and is without prejudice to plaintiffs' rights to oppose the motion on any procedural and substantive ground.

Dated: June 7, 2011

KENNETH A. KUWAYTI
MORRISON & FOERSTER LLP

By:   /s/ Kenneth A. Kuwayti
            KENNETH A. KUWAYTI

Attorneys for Plaintiffs

Dated:  June 7, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General

*/S/ Joshua Sondheimer*
JOSHUA N. SONDHEIMER
Deputy Attorney General
*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR MOTION TO STAY (C09-03798 SBA)

1

**ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

3  Defendants' motion to stay may be filed on June 7, 2011, or if filed concurrent with this stipulation and proposed Order, may be considered as follows: an opposition brief shall be filed and served by June 14, 2011. Defendants waive their right to file a reply, and the Court may decide the motion without a hearing.

Dated: June 21, 2011

_____
Honorable Saundra Brown Armstrong
United States District Judge