ELISSA GERSHON (CA SBN 169741)
Elissa.gershon@disabilityrightsca.org
ELIZABETH ZIRKER (CA SBN 233487)
Elizabeth.zirker@disabilityrightsca.org
KIM SWAIN (CA SBN 100340)
Kim.swain@disabilityrightsca.org
DISABILITY RIGHTS OF CALIFORNIA
1330 Broadway, Suite 500
Oakland, California 94612
Telephone: 510.267.1200
Facsimile: 510.267.1201

Attorneys for Plaintiffs

[Complete List of Counsel on Following Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTHER DARLING; RONALD BELL by his guardian ad litem Rozene Dilworth; GILDA GARCIA; WENDY HELFRICH by her guardian ad litem Dennis Arnett; JESSIE JONES; RAIF NASYROV by his guardian ad litem Sofiya Nasyrova; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Defendants. | Case No. C09-03798 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND HEARING DATE**<br><br>The Honorable Saundra Brown Armstrong |

| | |
|---|---|
| KENNETH A. KUWAYTI (CA SBN 145384) | ANNA RICH (CA SBN 230195) |
| KKuwayti@mofo.com | arich@nsclc.org |
| MORRISON & FOERSTER LLP | KEVIN PRINDIVILLE (CA SBN 235835) |
| 755 Page Mill Road | kprindiville@nsclc.org |
| Palo Alto, California 94304-1018 | NATIONAL SENIOR CITIZENS LAW CENTER |
| Telephone: 650.813.5600 | 1330 Broadway, Suite 525 |
| Facsimile: 650.494.0792 | Oakland, California 94612 |
| | Telephone: 510.663.1055 |
| | Facsimile: 510.663.1051 |
| ERIC CARLSON (CA SBN 141538) | BARBARA JONES (CA SBN 88448) |
| Ecarlson@nsclc.org | bjones@aarp.org |
| NATIONAL SENIOR CITIZENS LAW CENTER | AARP FOUNDATION LITIGATION |
| 3435 Wilshire Boulevard, Suite 2860 | 200 So. Los Robles, Suite 400 |
| Los Angeles, CA 90010 | Pasadena, California 91101 |
| Telephone: 213.674.2813 | Telephone: 626.585.2628 |
| Facsimile: 213.639.0934 | Facsimile: 626.583.8538 |
| KENNETH W. ZELLER, *Pro Hac Vice* | SARAH SOMERS (CA SBN 170118) |
| kzeller@aarp.org | somers@healthlaw.org |
| KELLY BAGBY, *Pro Hac Vice* | MARTHA JANE PERKINS (CA SBN 104784) |
| kbagby@aarp.org | perkins@healthlaw.org |
| AARP FOUNDATION LITIGATION | NATIONAL HEALTH LAW PROGRAM |
| 601 E Street NW | 101 East Weaver Street, Suite G-7 |
| Washington, D.C. 20049 | Carrboro, North Carolina 27510 |
| Telephone: 202.434.2060 | Telephone: 919.968.6308 |
| Facsimile: 202.434.6424 | Facsimile: 919.968.8855 |

**Attorneys for Defendants**

KAMALA D. HARRIS
Attorney General of California
JOSHUA SONDHEIMER (CA SBN 152000)
Joshua.Sondeimer@doj.ca.gov
Deputy Attorney General
455 Golden Gate Avenue, Suite 1100
San Francisco, California 94102-7004
Telephone: 415.703.5615
Facsimile: 415.703.5480

STIPULATION AND [PROPOSED] ORDER FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND HEARING
CASE NO. C09-03798 SBA
pa-1468778

This Stipulation is based on the following facts and circumstances:

1. On April 21, 2011, the parties stipulated to a partial lift of the stay of this action to allow Plaintiffs to file a Motion for Leave to Supplement the First Amended Complaint, and if such Motion was granted, to file a Motion for Preliminary Injunction against implementation of AB 97, which eliminates Adult Day Health Care (ADHC) as a Medi-Cal optional benefit on the first day of the first calendar month following 60 days after the receipt of federal approval. Cal. Welf. & Inst. § 14589(d). . The parties further stipulated to briefing schedules for both Motions. (Docket No. 204).

2. On April 25, 2011, the parties filed a Superseding Stipulation to modify the briefing schedule for Plaintiffs' Motion for Leave to Supplement the First Amended Complaint. (Docket No. 210).

3. On April 27, 2011, this Court granted the parties' request and the following briefing schedule was set for the Plaintiffs' Motion for Preliminary Injunction: Hearing on June 28, 2011, Motion to be filed on May 24, 2011, Opposition due on June 14, Reply due on June 21. (Docket No. 211).

4. The Court granted Plaintiffs' Motion for Leave to Supplement the First Amended Complaint on June 2, 2011. (Docket No. 217).

5. Plaintiffs' Second Amended Complaint was filed on June 2, 2011. (Docket No. 218).

6. Pursuant to AB 97, ADHC shall be discontinued as a Medi-Cal benefit on the first day of the first calendar month following 60 days after the receipt of federal approval. Cal. Welf. & Inst. § 14589(d). Federal approval of a State Plan Amendment to remove the ADHC benefit was requested on May 12, 2011 and remains pending. The State has requested that approval be awarded in time to allow implementation by September 1, 2011.

7. Plaintiffs have requested that the Motion for Preliminary Injunction be heard and decided before the end of July 2011 based on plaintiffs' position that ADHC recipients and ADHC providers need a minimum of 30 days notice in advance of the proposed September 1, 2011 implementation date as to whether or not AB 97 will be enjoined.

STIPULATION AND [PROPOSED] ORDER FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND HEARING
CASE NO. C09-03798 SBA
pa-1468778

1

8. The parties have agreed on a hearing date and briefing schedule, subject to the Court's approval, as follows: Hearing July 26, Motion to be filed on June 9, 2011, Opposition to be filed June 29, Reply due on July 12.

9. Plaintiffs are aware that defendants intend to seek a stay of district court proceedings in this Court and, if they deem necessary, in the Ninth Circuit Court of Appeals, and that defendants' stipulation to the above schedule is intended to be effective only to the extent that defendants' request for a stay before either court remains pending or is denied.

THE PARTIES, by and through their respective counsel, HEREBY STIPULATE as follows:

a) Pursuant to Civil Local Rules 6-1, 6-2, 7-2, and 7-3, and subject to Court approval, Plaintiffs' motion for preliminary injunction may be scheduled for hearing on July 26, 2011, subject to the Court's availability, and will be briefed under the following schedule: opening brief to be filed and served by June 9, 2011; opposition brief to be filed and served by June 29, 2011, and any reply brief to be filed and served by July 12, 2011.

b) Defendants' stipulation to the above schedule is without prejudice to defendants' right to seek a stay of the district court proceedings, and is intended to be effective only to the extent that defendants' request for a stay of proceedings before this Court or the Ninth Circuit Court of Appeals remains pending or is denied. In addition, this stipulation shall not be construed as an acknowledgment or concession by Defendants that the filing of a motion for a preliminary injunction is timely or appropriate, and is without prejudice to Defendants' rights to oppose the motion preliminary injunction motion on any procedural and substantive ground.

Dated: June 7, 2011   KENNETH A. KUWAYTI
                      MORRISON & FOERSTER LLP


                      By:   /s/ Kenneth A. Kuwayti
                            KENNETH A. KUWAYTI

                      Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND HEARING
CASE NO. C09-03798 SBA
pa-1468778

2

| | | |
|---|---|---|
| 1 | Dated: June 7, 2011 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | | JOSHUA SONDHEIMER<br>Supervising Deputy Attorney General |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Joshua Sondheimer |
| 6 | | JOSHUA SONDHEIMER |
| 7 | | Attorneys for Defendants |

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. The hearing on Plaintiffs' motion for preliminary injunction shall be set for July 26, 2011 at 1:00 PM.

Dated: June 21, 2011

_/s/ Saundra B. Armstrong_
Honorable Saundra Brown Armstrong
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND HEARING
CASE NO. C09-03798 SBA
pa-1468778

3

**GENERAL ORDER 45 ATTESTATION**

I, Kenneth A. Kuwayti, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND HEARING DATE. In compliance with General Order 45, X.B., I hereby attest that JOSHUA SONDHEIMER has concurred in this filing.

Dated: June 7, 2011

By: /s/ Kenneth A. Kuwayti
KENNETH A. KUWAYTI

STIPULATION AND [PROPOSED] ORDER FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND HEARING
CASE NO. C09-03798 SBA
pa-1468778

4