KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
JOSHUA N. SONDHEIMER
Deputy Attorney General
State Bar No. 152000
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5615
  Fax: (415) 703-5480
  E-mail: Joshua.Sondheimer@doj.ca.gov
*Attorneys for Defendants Toby Douglas and the California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTHER DARLING; RONALD BELL by his guardian ad litem Rozene Dilworth, GILDA GARCIA; WENDY HELFRICH by her guardian ad litem Dennis Arnett; JESSIE JONES; RAIF NASYROV by his guardian ad litem Sofiya Nasyrov; ALLIE JO WOODARD, by her guardian ad litem Linda Laspard-Berry; individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>                      Defendants. | C09-03798 SBA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE DISCLOSURE OF ADHC RECORDS AND FILING OF INFORMATION SUBJECT TO CLAIM OF CONFIDENTIALITY IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

WHEREAS,

1. The California Department of Aging (CDA), an agent of defendant Department of Health Care Services (DHCS) in implementing the Adult Day Health Care (ADHC) program under Medi-Cal, has requested records regarding plaintiffs kept by certain ADHC centers (Centers) that plaintiffs attend pursuant to authority in the Centers' provider agreements with DHCS.

2. The parties disagree as to whether provisions of 45 C.F.R. § 164.512(e)(1)(ii) pertain to the requests, and seek an informal resolution of their dispute.

3. Plaintiffs have filed a motion for preliminary injunction against implementation of Assembly Bill 97, and defendants' opposition is due June 29, 2011.

4. Defendants desire to utilize health information in their possession, custody, or control in support of their opposition to plaintiffs' motion:

WHEREFORE, the parties, by and through counsel, STIPULATE as follows:

5. Plaintiffs agree that they will not challenge whether disclosure of the Centers' records that have been requested by CDA regarding plaintiffs are a permitted disclosure under 45 C.F.R. 164.512(e)(1)(ii). Accordingly, plaintiffs and their counsel do not object to disclosure by the Centers of the records that have been requested by CDA.

6. Defendants will provide plaintiffs' counsel with electronic copies of all plaintiff records received by CDA from the Centers within three calendar days of the filing of this stipulation, or if the records are received subsequent to the filing of this stipulation, within three calendar days of receipt. If any records are received later than June 24, 2011, defendants will provide plaintiffs' counsel with electronic copies of such records if defendants utilize any of the records in support of their opposition to plaintiffs' pending motion for a preliminary injunction.

7. Defendants will serve their opposition and supporting papers to plaintiffs' pending motion for preliminary injunction against implementation of Assembly Bill 97 on the present due date of June 29, 2011, but shall not file the papers until after plaintiffs have had an opportunity to determine whether defendants' opposition and supporting papers contain any records or

1

STIPULATION AND [PROPOSED] ORDER RE ADHC RECORDS AND FILING OF INFORMATION SUBJECT TO CLAIM OF CONFIDENTIALITY IN OPP. TO MOT. FOR PRELIM. INJ. (C09-03798 SBA)

information over which plaintiffs assert confidentiality protection. In asserting any confidentiality rights, plaintiffs will take into account plaintiffs' previous submission of certain protected health records and information into the public record and the court's previous ruling(s) relating to sealing of documents containing or constituting confidential health information in this matter.

8. Plaintiffs will have until July 1, 2011 to review defendants' opposition memorandum and advise defendants whether it contains any alleged confidential information. Defendants will lodge a redacted memorandum upon plaintiffs' agreement as to any requested redactions (along with a complete copy under seal, if necessary) or file the memorandum upon agreement that no redaction of the memorandum need occur. Plaintiffs will have until July 6, 2011, to review the supporting declarations and documents and advise defendants whether they wish to designate as protected from public disclosure any of the records or information containing, constituting, or reflecting confidential information over which they object to public disclosure. Defendants will file and/or lodge their opposition and supporting declarations and documents by July 8, 2011, with any requested redactions and under seal, if necessary, as well as any stipulation and/or motion for a protective order or to seal in conformance with Local Rule 79-5. Any documents designated as confidential by plaintiffs shall be considered documents designated as confidential by another party for purposes of Local Rule 79-5(d).

9. This agreement does not otherwise affect the remaining filing or hearing dates. Plaintiffs' reply remains due for filing by July 12, and the hearing on plaintiffs' motion remains scheduled for July 26, 2011.

10. This agreement is without prejudice to defendants' right to assert subsequent to submission of the documents or information to the court that any document or information over which such protection is asserted is not subject to any confidentiality requirements under law, or that confidentiality has been waived because the document or information has previously been publicly disclosed.

2

STIPULATION AND [PROPOSED] ORDER RE ADHC RECORDS AND FILING OF INFORMATION SUBJECT TO CLAIM OF CONFIDENTIALITY IN OPP. TO MOT. FOR PRELIM. INJ. (C09-03798 SBA)

Dated: June 23, 2011

KENNETH A. KUWAYTI
MORRISON & FOERSTER LLP

By:  /s/ Kenneth A. Kuwayti
KENNETH A. KUWAYTI

Attorneys for Plaintiffs

Dated: June 23, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General

/S/ Joshua Sondheimer
JOSHUA N. SONDHEIMER
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: 6-24, 2011

Honorable Saundra Brown Armstrong
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER RE ADHC RECORDS AND FILING OF INFORMATION SUBJECT TO CLAIM OF CONFIDENTIALITY IN OPP. TO MOT. FOR PRELIM. INJ. (C09-03798 SBA)

**GENERAL ORDER 45 ATTESTATION**

I, Joshua Sondheimer, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR MOTION TO STAY. In compliance with General Order 45, X.B., I hereby attest that KENNETH A. KUWAYTI has concurred in the filing of this document.

SF2009404616
20476179.docx

1

STIPULATION AND [PROPOSED] ORDER RE ADHC RECORDS AND FILING OF INFORMATION SUBJECT TO CLAIM OF CONFIDENTIALITY IN OPP. TO MOT. FOR PRELIM. INJ. (C09-03798 SBA)