Elissa Gershon, State Bar No. 169741
elissa.gershon@disabilityrightsca.org
Elizabeth Zirker, State Bar No. 233487
elizabeth.zirker@disabilityrightsca.org
Kim Swain, State Bar No. 100340
kim.swain@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone:  (510) 267-1200
Facsimile:   (510) 267-1201

Attorneys for Plaintiffs

[Complete list of counsel on following pages]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DARLING; RONALD BELL by his guardian ad litem Rozene Dilworth; GILDA GARCIA; WENDY HELFRICH by her guardian ad litem DENNIS ARNETT; JESSIE JONES; RAIF NASYROV by his guardian ad litem Sofiya Nasyrova; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>　　　　　　　　Defendants. | **Case No.: C09-03798 SBA**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING REQUEST TO PROCEED** *IN FORMA PAUPERIS* |

i
*DARLING, ET AL. V. DOUGLAS, ET AL.,* C09-03798 SBA; [PROPOSED] ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Anna Rich, State Bar No. 230195
arich@nsclc.org
Kevin Prindiville, State Bar No. 235835
kprindiville@nsclc.org
NATIONAL SENIOR CITIZENS LAW CENTER
1330 Broadway, Suite 525
Oakland, CA 94612
Telephone:  (510) 663-1055
Facsimile:   (510) 663-1051

Eric Carlson, State Bar No. 141538
ecarlson@nsclc.org
NATIONAL SENIOR CITIZENS LAW CENTER
3435 Wilshire Boulevard, Ste 2860
Los Angeles, CA 90010-1938
Telephone:  213-674-2813
Facsimile:   213-639-0934

Barbara Jones, State Bar No. 88448
bjones@aarp.org
AARP FOUNDATION LITIGATION
200 So. Los Robles, Suite 400
Pasadena, CA 91101
Telephone:  (626) 585-2628
Facsimile:   (626) 583-8538

Kenneth W. Zeller, *Pro Hac Vice*
kzeller@aarp.org
Kelly Bagby, *Pro Hac Vice*
kbagby@aarp.org
AARP FOUNDATION LITIGATION
601 E Street NW
Washington D.C. 20049
Telephone:  (202) 434-2060
Facsimile:   (202) 434-6424

Sarah Somers, State Bar No. 170118
somers@healthlaw.org
Martha Jane Perkins, State Bar No. 104784
perkins@healthlaw.org
NATIONAL HEALTH LAW PROGRAM
101 E. Weaver Street, Suite G-7
Carrboro, NC 27510
Telephone:  (919) 968 - 6308
Facsimile:   (919) 968-8855

Kenneth A. Kuwayti, State Bar No. 145384
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile        650-494-0792

ii

*DARLING, ET AL. V. DOUGLAS*, *ET AL.,* C09-03798 SBA; [PROPOSED] ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

This request to proceed *in forma pauperis* is made pursuant to 28 U.S.C. § 1915 and Civil Local Rule 3-10. Plaintiffs Esther Darling, Wendy Helfrich, Jessie Jones, and Raif Nasyrov are all individuals with disabilities who receive Medi-Cal.  All are indigent and receive Supplemental Security Income (SSI) and/or SSDI as their sole source of income. Declaration of Elizabeth Zirker at ¶ 3.  They are unable to contribute to fees in this matter. *Id.*

For these Reasons, Plaintiffs respectfully request to proceed *in forma pauperis*.

Respectfully Submitted,


Date:  June 2, 2011                                   ____/s/_____

                                           Elizabeth Zirker

                                           Attorneys For Plaintiffs


This Court, having reviewed Plaintiffs' request to proceed *in forma pauperis*, Plaintiffs' Applications to Proceed *In Forma Pauperis*, and Declaration of Elizabeth Zirker in support thereof, hereby GRANTS their request.


IT IS SO ORDERED.

Date: _7/6/11_____                      _____

                                           Honorable Saundra Brown Armstrong

---

1

*DARLING, ET AL. V. DOUGLAS, ET AL.,* C09-03798 SBA; [PROPOSED] ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS