| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | SUSAN M. CARSON<br>Supervising Deputy Attorney General |
| 3 | JOSHUA N. SONDHEIMER<br>Deputy Attorney General |
| 4 | State Bar No. 152000<br>  455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5615 |
| 6 |   Fax:  (415) 703-5480<br>  E-mail:  Joshua.Sondheimer@doj.ca.gov |
| 7 | *Attorneys for Defendants*<br>*Medi-Cal Program Benefits* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ESTHER DARLING; RONALD BELL by his guardian ad litem Rozene Dilworth; GILDA GARCIA; WENDY HELFRICH by her guardian ad litem Dennis Arnett; JESSIE JONES; RAIF NASSYROV by his guardian ad litem Sofiya Nasyrova; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; individually and on behalf of all others similarly situated,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>                              Defendants. | C09-03798 SBA<br><br>[~~Proposed~~] **ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO REVERSE BRIEFING SCHEDULE** |

## ORDER

Having considered the parties arguments and evidence, and being fully advised in the matter, plaintiffs' motion for administrative relief to reverse the order of supplemental briefing on plaintiffs' motion for a preliminary injunction is DENIED.  Plaintiffs are GRANTED leave to file a reply, not to exceed four (4) pages, in response to the Defendants' responsive brief by no later than October 28, 2011.  The hearing on Plaintiffs' motion for preliminary injunction (Dkt. 225) is CONTINUED to **November 8, 2011 at 1:00 p.m.**  Pursuant to Federal Rule of Civil Procedure 78(b) and Local Rule 7-1(b), the Court, in its discretion, may decide the motion without oral argument, in which case no appearance for the motion hearing will be necessary.  The parties are advised to check the Court's website to determine whether a court appearance is required.  This Order terminates Docket 303.

**IT IS SO ORDERED.**

Dated: 8/30/2011

_Saundra B Armstrong_
Honorable Saundra Brown Armstrong
United States District Judge

SF2009404616
20514636.doc