KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
State Bar No. 135875
JOSHUA N. SONDHEIMER
Deputy Attorney General
State Bar No. 15200
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5580
 Fax:  (415) 703-5480
 E-mail:  susan.carson@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ESTHER DARLING; RONALD BELL by his guardian ad litem Rozene Dilworth; GILDA GARCIA; WENDY HELFRICH by her guardian ad litem Dennis Arnett; JESSIE JONES; RAIF NASSYROV by his guardian ad litem Sofiya Nasyrova; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>Defendants. | C09-03798 SBA<br><br>**STIPULATION AND  ORDER RE SUPPLEMENTAL BRIEFING SCHEDULE FOR PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:       November 8, 2011<br>Time:       1:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge:       Hon. Saundra Brown Armstrong<br>Trial Date:  Not Set<br>Action Filed:  August 18, 2009 |

1

Given that the parties are actively involved in settlement negotiations with another session to discuss settlement tomorrow, October 21st – the date defendants' supplemental brief is currently due -- the parties hereby stipulate to the following changes to the supplemental briefing schedule for plaintiffs' third motion for preliminary injunction:

1. Defendants' supplemental brief will be due on Tuesday, October 25th by 5:00 pm.

2. Plaintiffs' supplemental brief in reply will be due October 31st by 9:00 am.

3. The hearing date for plaintiffs' third motion for preliminary injunction will still be held on Tuesday, November 8th at 1:00 pm.

Dated: October 20, 2011   Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California


*/s/ Susan M. Carson*
SUSAN M. CARSON
Supervising Deputy Attorney General
*Attorneys for Defendants*


ELISSA GERSHON
DISABILITY RIGHTS CALIFORNIA


*/s/ Elissa Gershon*
Elissa Gershon
*Attorneys for Plaintiffs*

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

Defendants' supplemental brief regarding plaintiffs' third motion for preliminary injunction must be filed by October 25th at 5:00 p.m.  Plaintiffs' reply must be filed by Monday, October 31st at 9:00 a.m.  The hearing on the motion will still be held on Tuesday, November 8, 2011 at 1:00 p.m.

Dated:  October 20, 2011

_____
The Honorable Saundra Brown Armstrong
United States District Court Judge

**GENERAL ORDER 45 ATTESTATION**

I, Susan M. Carson, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING THE SUPPLEMENTAL BRIEFING SCHEDULE FOR PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION.  In compliance with General Order 45, X.B., I hereby attest that Elissa Gershon has concurred in the filing of this document.

/s/ Susan M. Carson
Susan M. Carson

SF2009404616
20544108.doc

3

STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL BRIEFING SCHEDULE FOR PLAINTIFFS'
THIRD MOTION FOR PRELIMINARY INJUNCTION  (C09-03798 SBA)