IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DARLING, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>TOBY DOUGLAS, et al.,<br><br>    Defendants. | No. Civ. C09-3798 SBA (JSC)<br><br>**ORDER RE: PLAINTIFF'S MOTION TO STRIKE AND DEPOSITION DISPUTE** |

Now pending before this Court is an e-mail communication from Plaintiff received on October 28, 2011. Plaintiff cites concerns over Defendant's Supplemental Opposition Brief (Dkt. No. 360) in light of information defense witnesses did not provide to Plaintiff during depositions. The Court will consider this matter with both parties on Thursday, November 3, 2011 at 9:00 am. Plaintiff should file a letter brief on these issues by Monday, October 31, 2011 at 5:00 pm. Defendant's response, if any, should be filed by Wednesday, November 2, 2011 at 12:00 pm.

**IT IS SO ORDERED.**

Dated: October 28, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE