**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTHER DARLING, et al.,

    Plaintiffs,

    v.

TOBY DOUGLAS, et al.,

    Defendants.

_____/

No. Civ. 09-3798 JSC

**ORDER RE: PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DECLARATIONS (Dkt. No. 391)**

Now pending before the Court is Plaintiffs' "Motion for Further Proceedings Regarding Motion to Compel; Motion to Strike."  (Dkt. No. 391.)  For the reasons explained at oral argument on November 3, 2011, Plaintiffs' Motion is DENIED without prejudice. Plaintiffs' argument goes to the weight the district court should give to the declaration statements in considering Plaintiffs' motion for preliminary injunction rather than admissibility.

**IT IS SO ORDERED.**

Dated:  November 3, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE