UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTHER DARLING; RONALD BELL by His guardian ad litem Rozene Dilworth; GILDA GARCIA; WENDY HELFRICH by her guardian ad litem Dennis Arnett; JESSIE JONES; RAIF NASYROV by his guardian ad litem Sofiya Nasyrova; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Defendants. | Case No: C 09-03798 SBA<br><br>**ORDER CONTINUING HEARING** |

IT IS HEREBY ORDERED THAT the hearing on Plaintiffs' motion for preliminary injunction is CONTINUED from November 15, 2011 to **November 17, 2011 at 2:15 p.m.**

IT IS SO ORDERED.

Dated: November 15, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge