UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTHER DARLING; RONALD BELL by His guardian ad litem Rozene Dilworth; GILDA GARCIA; WENDY HELFRICH by her guardian ad litem Dennis Arnett; JESSIE JONES; RAIF NASYROV by his guardian ad litem Sofiya Nasyrova; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Defendants. | Case No: C 09-03798 SBA<br><br>**ORDER VACATING HEARING** |

The parties have jointly notified the Court that, following several settlement conferences before Magistrate Judge Cousins, they have reached a resolution of the action. The parties intend to submit a proposed schedule for final approval of the settlement for the Court's review and approval. Accordingly,

IT IS HEREBY ORDERED THAT the hearing on Plaintiffs' motion for preliminary injunction scheduled for November 17, 2011 is VACATED. The parties shall file their proposed schedule for preliminary and final approval of the settlement by the close of business on November 18, 2011. This Order terminates Docket 224 and 225.

IT IS SO ORDERED.

Dated: November 17, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge