Elissa Gershon, State Bar No. 169741
elissa.gershon@disabilityrightsca.org
Elizabeth Zirker, State Bar No. 233487
elizabeth.zirker@disabilityrightsca.org
Kim Swain, State Bar No. 100340
kim.swain@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone:   510.267.1200
Facsimile:    510.267.1201

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DARLING; RONALD BELL by his guardian ad litem Rozene Dilworth; GILDA GARCIA; WENDY HELFRICH by her guardian ad litem Dennis Arnett; JESSIE JONES; RAIF NASYROV by his guardian ad litem Sofiya Nasyrova; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>            Defendants. | **Case No.:  C-09-03798 SBA**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE AND HEARING DATE FOR APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION**<br><br>**Hearing Date:**<br>**Time:**<br>**Judge:**    Hon. Saundra B. Armstrong<br>**Address:**  1301 Clay Street<br>                Oakland, CA 94612<br>**Courtroom:**  1, 4th Floor |

i

*Darling, et al v. Douglas, et al.*, C-09-03798 SBA; STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING DATE FOR APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION

| | |
|---|---|
| Kenneth A. Kuwayti, State Bar No. 145384<br>Kkuwayti@mofo.com<br>Benjamin A. Petersen, State Bar No. 267120<br>Bpetersen@mofo.com<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, California  94304-1018<br>Telephone:     650.813.5600<br>Facsimile:      650.494.0792 | Anna Rich, State Bar No. 230195<br>arich@nsclc.org<br>Kevin Prindiville, State Bar No. 235835<br>kprindiville@nsclc.org<br>NATIONAL SENIOR CITIZENS LAW CENTER<br>1330 Broadway, Suite 525<br>Oakland, California  94612<br>Telephone:     510.663.1055<br>Facsimile:      510.663.1051 |
| Eric Carlson, State Bar No. 141538<br>Ecarlson@nsclc.org<br>NATIONAL SENIOR CITIZENS LAW CENTER<br>3435 Wilshire Boulevard, Suite 2860<br>Los Angeles, CA  90010<br>Telephone:     213.674.2813<br>Facsimile:      213.639.0934 | Barbara Jones, State Bar No. 88448<br>bjones@aarp.org<br>AARP FOUNDATION LITIGATION<br>200 So. Los Robles, Suite 400<br>Pasadena, California  91101<br>Telephone:     626.585.2628<br>Facsimile:      626.583.8538 |
| Kenneth W. Zeller, *Pro Hac Vice*<br>kzeller@aarp.org<br>Kelly Bagby, *Pro Hac Vice*<br>kbagby@aarp.org<br>AARP FOUNDATION LITIGATION<br>601 E Street N.W.<br>Washington, D.C.  20049<br>Telephone:     202.434.2060<br>Facsimile:      202.434.6424 | Sarah Somers, State Bar No. 170118<br>somers@healthlaw.org<br>Martha Jane Perkins, State Bar No. 104784<br>perkins@healthlaw.org<br>NATIONAL HEALTH LAW PROGRAM<br>101 East Weaver Street, Suite G-7<br>Carrboro, North Carolina  27510<br>Telephone:     919.968.6308<br>Facsimile:      919.968.8855 |

**Attorneys for Defendants**

KAMALA D. HARRIS
Attorney General of California

SUSAN M. CARSON (CA SBN 135875)
Susan.Carson@doj.ca.gov
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 1100
San Francisco, California 94102-7004
Telephone: 415.703.5615
Facsimile: 415.703.5480

ii

*Darling, et al v. Douglas, et al.*, C-09-03798 SBA; STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING DATE FOR APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION

This Stipulation is based on the following facts and circumstances:

WHEREAS, on November 17, 2011, the parties reached agreement, settling all claims in this action;

WHEREAS, in order to effectuate the terms of the settlement agreement, expedited approval of this class action settlement is needed;

THE PARTIES HEREBY STIPULATE TO, AND REQUEST COURT APPROVAL OF, THE FOLLOWING SCHEDULE:

| | |
|---|---|
| **December 1, 2011:** | Parties to file Joint Motion for Preliminary Approval of Settlement Agreement and Stipulated Class Certification. |
| **December 13, 2011:** | Hearing re Preliminary Approval of Settlement Agreement and Class Certification. |
| **December 14, 2011:** | Notice to class members re Preliminary Approval of Settlement Agreement and time to file objections. |
| **January 10, 2012:** | Last day for objections to settlement agreement. |
| **January 17, 2012:** | Parties file responses to objections. |
| **January 24, 2012:** | Hearing on final approval of settlement agreement. |

///
///
///
///

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | DISABILITY RIGHTS CALIFORNIA<br>AARP FOUNDATION LITIGATION<br>NATIONAL SENIOR CITIZENS LAW CENTER<br>NATIONAL HEALTH LAW PROGRAM<br>MORRISON & FOERSTER LLP |
| Dated:  November 18, 2011 |   |
|   | By:   /s/<br>       ELISSA GERSHON<br>       Attorneys for Plaintiffs |
| Dated:  November 18, 2011 | KAMALA D. HARRIS<br>Attorney General of California<br>SUSAN M. CARSON<br>Supervising Deputy Attorney General |
|   | By:   /s/<br>       SUSAN M. CARSON<br>       Attorneys for Defendants |

2

*Darling, et al v. Douglas, et al.*, C-09-03798 SBA; STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING DATE FOR APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The Joint Motion for Preliminary Approval of the Settlement Agreement and Class Certification will be filed on December 1, 2011; an expedited hearing on preliminary approval of the settlement agreement and class certification will be held December 13, 2011 at 1:00 pm; notice will be issued to class members regarding preliminary approval of settlement and of time to file objections December 14, 2011; the last day for objections to settlement agreement to be filed January 10, 2012; responses to objections to be filed by January 17, 2012; and a hearing on final approval of the settlement agreement will be held January 24, 2012 at 1:00 pm.

Dated: 11/28/11

*[signature]*
Honorable Saundra Brown Armstrong
United States District Judge

3

*Darling, et al v. Douglas, et al.*, C-09-03798 SBA; STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING DATE FOR APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION

**GENERAL ORDER 45 ATTESTATION**

I, Elissa Gershon, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order For Preliminary Approval for Settlement Agreement and Class Certification Briefing Schedule and Hearing Date. In compliance with General Order 45, X.B., I hereby attest that SUSAN M. CARSON has concurred in this filing.

Dated: November 18, 2011     By:    /s/
                                    ELISSA GERSHON

4

*Darling, et al v. Douglas, et al.*, C-09-03798 SBA; STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING DATE FOR APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION