KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
State Bar No. 135875
JOSHUA N. SONDHEIMER
Deputy Attorney General
State Bar No. 152000
 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5580
Fax:  (415) 703-5480
E-mail:  susan.carson@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ESTHER DARLING; RONALD BELL by his guardian ad litem Rozene Dilworth; GILDA GARCIA; WENDY HELFRICH by her guardian ad litem Dennis Arnett; JESSIE JONES; RAIF NASSYROV by his guardian ad litem Sofiya Nasyrova; ALLIE JO WOODARD, by her guardian ad litem Linda Gaspard-Berry; individually and on behalf of all others similarly situated,** | C09-03798 SBA (NC/JSC) <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER RE ADDENDUM TO SETTLEMENT AGREEMENT** |
| Plaintiffs, | |
| v. | |
| **TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,** | |
| Defendants. | |

| | |
|---|---|
| Elissa Gershon, State Bar No. 169741 | Anna Rich, State Bar No. 230195 |
| elissa.gershon@disabilityrightsca.org | arich@nsclc.org |
| Elizabeth Zirker, State Bar No. 233487 | Kevin Prindiville, State Bar No. 235835 |
| elizabeth.zirker@disabilityrightsca.org | kprindiville@nsclc.org |
| Kim Swain, State Bar No. 100340 | NATIONAL SENIOR CITIZENS LAW CENTER |
| kim.swain@disabilityrightsca.org | |
| DISABILITY RIGHTS CALIFORNIA | 1330 Broadway, Suite 525 |
| 1330 Broadway, Suite 500 | Oakland, California 94612 |
| Oakland, CA 94612 | Telephone: 510.663.1055 |
| Telephone: 510.267.1200 | Facsimile: 510.663.1051 |
| Facsimile: 510.267.1201 | |
| Attorneys for Plaintiffs | |

| | |
|---|---|
| Eric Carlson, State Bar No. 141538 | Barbara Jones, State Bar No. 88448 |
| Ecarlson@nsclc.org | bjones@aarp.org |
| NATIONAL SENIOR CITIZENS LAW CENTER | AARP FOUNDATION LITIGATION |
| 3435 Wilshire Boulevard, Suite 2860 | 200 So. Los Robles, Suite 400 |
| Los Angeles, CA 90010 | Pasadena, California 91101 |
| Telephone: 213.674.2813 | Telephone: 626.585.2628 |
| Facsimile: 213.639.0934 | Facsimile: 626.583.8538 |

| | |
|---|---|
| Kenneth W. Zeller, *Pro Hac Vice* | Sarah Somers, State Bar No. 170118 |
| kzeller@aarp.org | somers@healthlaw.org |
| Kelly Bagby, *Pro Hac Vice* | Martha Jane Perkins, State Bar No. 104784 |
| kbagby@aarp.org | perkins@healthlaw.org |
| AARP FOUNDATION LITIGATION | NATIONAL HEALTH LAW PROGRAM |
| 601 E Street N.W. | 101 East Weaver Street, Suite G-7 |
| Washington, D.C. 20049 | Carrboro, North Carolina 27510 |
| Telephone: 202.434.2060 | Telephone: 919.968.6308 |
| Facsimile: 202.434.6424 | Facsimile: 919.968.8855 |

Kenneth A. Kuwayti, State Bar No. 145384
Kkuwayti@mofo.com
Benjamin A. Petersen, State Bar No. 267120
Bpetersen@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

In order to resolve all issues raised by plaintiffs' Motion for Enforcement of Stipulated Judgment and for Civil Contempt Sanctions [Docket No. 448], the parties hereby stipulate that Exhibit A attached hereto shall be an Addendum to the Settlement Agreement approved by this Court on January 25, 2012 [Docket No. No. 438-1].

Respectfully submitted,

DISABILITY RIGHTS CALIFORNIA
AARP FOUNDATION LITIGATION
NATIONAL SENIOR CITIZENS LAW CENTER
NATIONAL HEALTH LAW PROGRAM
MORRISON & FOERSTER LLP

Dated: April 3, 2012    By:    /s/
                               Elissa Gershon
                               Attorneys for Plaintiffs

KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General

Dated: April 3, 2012    By:    /s/
                               Susan M. Carson
                               Attorneys for Defendants

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: April 3, 2012    By:    /s/
                               Susan M. Carson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _4/13/12___             *Sandra B. Armstrong* (signature)
                               HONORABLE SAUNDRA BROWN ARMSTRONG
                               UNITED STATES DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA