1   KAMALA D. HARRIS
    Attorney General of California
2   SUSAN M. CARSON
    Supervising Deputy Attorney General
3   State Bar No. 135875
    JOSHUA N. SONDHEIMER
4   Deputy Attorney General
     State Bar No. 152000
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 703-5580
     Fax:  (415) 703-5480
7    E-mail:  susan.carson@doj.ca.gov

8   *Attorneys for Defendants*

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12

13

14   **ESTHER DARLING; RONALD BELL by**          C09-03798 SBA (NC/JSC)
     **his guardian ad litem Rozene Dilworth;**
15   **GILDA GARCIA; WENDY HELFRICH by**          **CLASS ACTION**
     **her guardian ad litem Dennis Arnett;**
16   **JESSIE JONES; RAIF NASSYROV by his**       **STIPULATION AND ORDER RE**
     **guardian ad litem Sofiya Nasyrova; ALLIE** **ADDENDUM TO SETTLEMENT**
17   **JO WOODARD, by her guardian ad litem**     **AGREEMENT**
     **Linda Gaspard-Berry; individually and on**
18   **behalf of all others similarly situated,**

19                                  Plaintiffs,

20          **v.**

21
     **TOBY DOUGLAS, Director of the**
22   **Department of Health Care Services, State**
     **of California, DEPARTMENT OF**
23   **HEALTH CARE SERVICES,**

24                                  Defendants.

25

26

27

28
                                        1

Elissa Gershon, State Bar No. 169741
elissa.gershon@disabilityrightsca.org
Elizabeth Zirker, State Bar No. 233487
elizabeth.zirker@disabilityrightsca.org
Kim Swain, State Bar No. 100340
kim.swain@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone:   510.267.1200
Facsimile:   510.267.1201
Attorneys for Plaintiffs

Anna Rich, State Bar No. 230195
arich@nsclc.org
Kevin Prindiville, State Bar No. 235835
kprindiville@nsclc.org
NATIONAL SENIOR CITIZENS LAW
CENTER
1330 Broadway, Suite 525
Oakland, California  94612
Telephone:   510.663.1055
Facsimile:   510.663.1051

Eric Carlson, State Bar No. 141538
Ecarlson@nsclc.org
NATIONAL SENIOR CITIZENS LAW CENTER
3435 Wilshire Boulevard, Suite 2860
Los Angeles, CA  90010
Telephone:   213.674.2813
Facsimile:   213.639.0934

Barbara Jones, State Bar No. 88448
bjones@aarp.org
AARP FOUNDATION LITIGATION
200 So. Los Robles, Suite 400
Pasadena, California  91101
Telephone:   626.585.2628
Facsimile:   626.583.8538

Kenneth W. Zeller, *Pro Hac Vice*
kzeller@aarp.org
Kelly Bagby, *Pro Hac Vice*
kbagby@aarp.org
AARP FOUNDATION LITIGATION
601 E Street N.W.
Washington, D.C.  20049
Telephone:   202.434.2060
Facsimile:   202.434.6424

Sarah Somers, State Bar No. 170118
somers@healthlaw.org
Martha Jane Perkins, State Bar No. 104784
perkins@healthlaw.org
NATIONAL HEALTH LAW PROGRAM
101 East Weaver Street, Suite G-7
Carrboro, North Carolina  27510
Telephone:   919.968.6308
Facsimile:   919.968.8855

Kenneth A. Kuwayti, State Bar No. 145384
Kkuwayti@mofo.com
Benjamin A. Petersen, State Bar No. 267120
Bpetersen@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:   650.813.5600
Facsimile:   650.494.0792

2

1    In order to resolve all issues raised by plaintiffs' Motion for Enforcement of Stipulated

2   Judgment and for Civil Contempt Sanctions [Docket No. 448], the parties hereby stipulate that

3   Exhibit A attached hereto shall be an Addendum to the Settlement Agreement approved by this

4   Court on January 25, 2012 [Docket No. No. 438-1].

5

6                                          Respectfully submitted,

7                                          DISABILITY RIGHTS CALIFORNIA
                                           AARP FOUNDATION LITIGATION
8                                          NATIONAL SENIOR CITIZENS LAW CENTER
                                           NATIONAL HEALTH LAW PROGRAM
9                                          MORRISON & FOERSTER LLP

10  Dated:  April 3, 2012        By:      /s/
                                            Elissa Gershon
11                                          Attorneys for Plaintiffs

12

13                                         KAMALA D. HARRIS
                                           Attorney General of California
14                                         SUSAN M. CARSON
                                           Supervising Deputy Attorney General
15

16  Dated:  April 3, 2012        By:      /s/
                                            Susan M. Carson
17                                          Attorneys for Defendants

18
        Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of
19
    perjury that concurrence in the filing of the document has been obtained from each of its
20
    signatories.
21
    Dated:  April 3, 2012        By:      /s/
22                                          Susan M. Carson

23

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26  Dated: _4/13/12___                     _____
                                           HONORABLE SAUNDRA BROWN ARMSTRONG
27                                         UNITED STATES DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
28

                                           3