IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DARLING, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TOBY DOUGLAS, et al.,<br><br>    Defendants. | Case No.: 09-3798 SBA (JSC)<br><br>**ORDER RE: MEET AND CONFER ON PLAINTIFFS' MOTION TO ENFORCE JUDGMENT** |

  The Court is in receipt of Plaintiffs' motions to shorten time and enforce judgment and of Defendants' response to the motion to shorten time. (Dkt. Nos. 493, 522, 525.) Defendants contend that Plaintiffs did not meet their obligation under the settlement agreement to meet and confer prior to filing these motions. As Plaintiffs have not replied to Defendants' response, the Court cannot confirm this representation. The Court is aware, however, that the parties have met in person with Magistrate Judge Cousins on September 19 and are scheduled to meet with him again on September 24, 2012. This ongoing process likely satisfies the settlement's meet and confer requirement.

  The Court notes that on March 22, 2012, the Court granted the parties' stipulation to shorten time (Dkt. No. 447) on another motion to enforce judgment (Dkt. No. 448) and prepared for and scheduled a hearing on March 29, 2012. Immediately before the start of this hearing, the

parties informed the Court that the dispute was resolved and that the hearing was unnecessary (Dkt. No. 479), and the motion was withdrawn (Dkt. No. 491). Based on the parties' demonstrated ability to resolve disputes in person, the Court will therefore not address Plaintiffs' motion to shorten time until the completion of the ongoing meet and confer process. Should disputes regarding breach of the settlement agreement remain following completion of the meet and confer process, Plaintiffs shall submit to the Court a letter, not to exceed two pages, outlining the disputes that remain unresolved with page references to Dkt. Nos. 493 and 522 and the related declarations and exhibits.  The letter shall also advise the Court of the status of the parties' meet and confer discussions regarding the schedule for briefing and hearing on any remaining disputes. Plaintiffs shall attach to their letter the governing settlement agreement pertaining to their motion to enforce; the Court has been unable to locate the agreement in the filings already submitted to the Court.

**IT IS SO ORDERED.**

Dated:   September 20, 2012

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE