United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DARLING, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TOBY DOUGLAS, et al.,<br><br>   Defendants. | Case No.: 09-3798 SBA (JSC)<br><br>**ORDER RE: PLAINTIFFS' OCTOBER 11, 2012 LETTER** |

The Court is in receipt of Plaintiffs' October 11, 2012 letter, which requests a hearing before November 1, 2012 on "extremely urgent" issues related to their motion for enforcement of the settlement agreement. (Dkt. No. 529.) Plaintiffs previously filed motions to shorten time and enforce judgment on September 14 and 15, 2012, which Defendants contested. (Dkt. Nos. 493, 522, 525.) The Court ordered the parties to meet and confer, and Plaintiffs withdrew their motion to shorten time. Plaintiffs now contend that despite their subsequent meet and confer efforts a number of issues remain unresolved. Defendants challenge the representations in Plaintiffs' letter, including the urgency that Plaintiffs allege, and state that they "need at least two weeks to adequately brief the issues" raised by Plaintiffs. (Dkt. No. 530.)

After careful review of the parties' submissions, the Court finds that Plaintiffs have not met their burden to show the "substantial harm and prejudice that would occur if the Court did

not change the time" for the issues Plaintiffs seek to have addressed by November 1, 2012. *See* Civ. L.R. 6-3. The issues Plaintiffs raise are complicated and require thoughtful briefing by both parties and careful consideration by the Court, which is compromised by the greatly abbreviated schedule Plaintiffs seek. Moreover, these issues have been raised and disputed for months, and Plaintiffs have not identified a persuasive reason as to why they were unable to file their motion earlier. On the other hand, Plaintiffs' motion for enforcement was filed on September 15, 2012, so Defendants have had weeks to review and understand Plaintiffs' arguments; indeed, since the filing of the motion, the parties have engaged in substantial meet and confer discussions regarding Plaintiffs' concerns.

Accordingly, the Court sets the following schedule for the three issues raised in Plaintiffs' October 11, 2012 letter: Defendants shall file a response on or before October 29, 2012. Plaintiffs shall file a reply, if any, by November 2, 2012. A hearing is scheduled for November 8, 2012 at 9:00 am in Courtroom F on the 15th Floor of 450 Golden Gate Avenue.

Plaintiffs have indicated an intent to file another motion for enforcement of the settlement on additional issues and to seek a hearing on or before December 1, 2012. If Plaintiffs contemplate such a motion, then it shall be filed at least 35 days before the requested hearing date.

IT IS SO ORDERED.

Dated:   October 17, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2