IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DARLING, et al., | Case No.: C-09-03798 SBA (JSC) |
| Plaintiffs, | **ORDER RE NOVEMBER 23, 2012 REPORT AND RECOMMENDATION** |
| v. | |
| TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES, | |
| Defendants. | |

On November 23, 2012, the undersigned issued a Report and Recommendation Re Plaintiffs' Motion for Enforcement of Stipulated Judgment and Appointment of Special Master. (*See* Dkt. No. 583.) That Report and Recommendation is hereby amended to allow any party to file objections to it with the district judge within fourteen days, not ten, after being served with a copy. (*See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); Civil L.R. 72–3.)

IT IS SO ORDERED

Dated: November 26, 2012

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge