IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DARLING, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TOBY DOUGLAS, Director of the Department of Health Care Services, State of California, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>　　　　Defendants. | Case No.: C-09-03798 SBA (JSC)<br><br>**ORDER RE NOVEMBER 23, 2012 REPORT AND RECOMMENDATION** |

On November 23, 2012, the undersigned issued a Report and Recommendation Re Plaintiffs' Motion for Enforcement of Stipulated Judgment and Appointment of Special Master. (*See* Dkt. No. 583.) That Report and Recommendation is hereby amended to allow any party to file objections to it with the district judge within fourteen days, not ten, after being served with a copy. (*See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); Civil L.R. 72–3.)

　　IT IS SO ORDERED

Dated: November 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge