UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTHER DARLING, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TOBY DOUGLAS, Director of the Department of Health Care Services, et al., <br><br> Defendants. | Case No: C 09-3798 SBA <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** <br><br> Dkt. 522, 583 |

The Court previously referred Plaintiffs' Motion for Enforcement of Stipulated Judgment and for Appointment of Special Master (Dkt. 522) to Magistrate Judge Jacqueline Corley ("the Magistrate") for findings and recommendations.  Dkt. 460.  On November 20, 2012, the Magistrate issued her report and recommendation in which she recommended denying Plaintiffs' motion.  Dkt. 583, 584.

Any objections to a report and recommendation must be filed within fourteen days of receipt thereof.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); Civ. L.R. 72-2, 72-3.  The district court must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1); see also Civ. L.R. 72-3(a) (requiring that any objections be accompanied by a motion for de novo determination).

The deadline to file an objection to the report and recommendation was December 4, 2012.  See Fed. R. Civ. P. 6(a)(1), 72(b).  To date, no objections have been filed in this case.  In the absence of a timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R.

Civ. P. 72, Advisory Committee Notes (1983) (citing <u>Campbell v. U.S. Dist. Court</u>, 501 F.2d 196, 206 (9th Cir. 1974)); <u>see also</u> <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute [28 U.S.C. § 636(b)(1)(C)] makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if [an] objection is made*, but not otherwise.") (en banc).  The Court has reviewed the record on its face and finds no clear error.  Accordingly,

    IT IS HEREBY ORDERED THAT the Magistrate's report and recommendation is ACCEPTED and shall become the Order of this Court.  Plaintiffs' Motion for Enforcement of Stipulated Judgment and for Appointment of Special Master to Magistrate Judge is therefore DENIED.  This Order terminates Docket 522 and 583.

    IT IS SO ORDERED.

Dated:  March 8, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge